# EXHIBIT A

**D'SPAIN CONSULTING**
Medical Practice Compliance and Management Consulting
31431 Stephanie Way
Fair Oaks Ranch, Texas 78015

**Linda L. D'Spain, CMPE, CMCO, CMC, CMOM, CMIS, CMCA**
**Healthcare Compliance Consultant and Compliance Officer**

Lindadspain@gmail.com

Phone (210) 288-5050

August 4, 2020

CMS FOIA Officer
Centers for Medicare & Medicaid Services
Mailstop N2-20-16
7500 Security Boulevard
Baltimore, MD 21244

Dear Sir or Madam:

  Under the Freedom of Information Act, 5 U.S.C. subsection 552, I am requesting access to the following documents or records:

  (1) CMS documents that identify by CMS coding numbers all codes used for submission to CMS for payment during the period January 1, 2005, to December 31, 2019, and related to the surgical implantation of a peripheral neurostimulator pulse generator per the list of codes provided below and any other related codes, whether or not listed, pertaining to:

    (a) charges for testing for the medical necessity for such procedure;

    (b) charges for physician services;

    (c) facility charges (both ACS and hospital); and

    (d) charges for the pulse generator, implantable leads, testing leads, patient programmer, and other medical devices and equipment related to this procedure.

  (2) CMS documents that, for all codes responsive to Request No. (1) above, state the amount CMS paid in each annual period, January 1, 2005, to December 31, 2019, for each such code.

CMS FOIA Officer
August 4, 2020
Page 2

**Implant CPT and Device Codes**

**Professional services codes**

CPT 64561 (percutaneous implantation of electrode array for pretesting–PNE)

CPT 64581 (incision for PNE leads implantation)

CPT 64585 (removal of generator)

CPT 64590 (implantation or replacement of generator)

CPT 64595 (revision or removal of peripheral pulse generator or receiver)

CPT 76000-26 (fluoroscopy guidance: professional component)

CPT 95970, 71, or 72 (analysis/programming, complexity dependent)

**Device codes**

A4290 (sacral neurostimulator test lead, each)

C1767 (generator implantable, non-rechargeable)

C1778 (lead implantable)

C1787 (patient programmer)

C1820 (generator with rechargeable battery)

C1883 (adapter/ extension lead)

C1897 (test leads for PNE)

L8680 (implantable electrode)

    I request that this information be provided in electronic format, preferably on a CD-ROM. If you have any questions about handling this request, you may telephone me at 210-288-5050 (cell) or email mail me at Lindadspain@gmail.com.

    Thank you for your assistance with this request.

Sincerely,

Linda D'Spain

```
===== UNITED STATES
       POSTAL SERVICE.

              BOERNE
          607 E BLANCO RD
       BOERNE, TX 78006-9998
           (800)275-8777
08/04/2020
                                04:40 PM
-----------------------------------------
Product              Qty    Unit   Price
                            Price
First-Class Mail®     1            $0.55
Letter
    Windsor Mill, MD  21244
    Weight:0 Lb 0.60 Oz
    Estimated Delivery Date
    Saturday 08/08/2020
Certified                          $3.55
    USPS Certified Mail #
    70181130000089516299
Return Receipt                     $2.85
    USPS Return Receipt #
    9590940237137335675176
Total
                                   $6.95
-----------------------------------------
Grand Total:
                                   $6.95
-----------------------------------------

Credit Card Remitd                 $6.95
    Card Name:VISA
    Account #:XXXXXXXXXXXX2768
    Approval #:01478D
    Transaction #:581
    AID:A0000000031010      Chip
    AL:VISA CREDIT
    PIN:Not Required  CAPITAL ONE VISA

*****************************************
     Due to limited transportation
     availability as a result of
     nationwide COVID-19 impacts
     package delivery times may be
     extended. Priority Mail Express®
        service will not change.
*****************************************
```

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Windsor Mill, MD 21244

| Certified Mail Fee | $3.55 | |
|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | AUG 04 2020 |
| Postage | $0.55 | |
| Total Postage and Fees | $6.95 | 08/04/2020 |

Sent To: CMS  Mail Stop N2-20-16
Street and Apt. No., or PO Box No.: 7500 Security Blvd
City, State, ZIP+4®: Baltimore MD 21244

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7018 1130 0000 8951 6299