# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Linda L. D'Spain

*Plaintiff*

v.

U.S. Department of Health and Human Services

*Defendant*

Civil Action No. 20-cv-2536-TSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Ave. S.W.
Washington, D.C. 20201

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James P. Davenport
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1101 New York Avenue, NW, Suite 1000
Washington, DC 20005

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 9/11/2020



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

Civil Action No. 20-cv-2536-TSC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __U.S. Department of Health and Human Services__
was received by me on *(date)* __9/11/2020__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On September 14, 2020, I mailed the Summons; Complaint with exhibits; Civil Cover Sheet; Notice, Consent and Reference of a Civil Action to a Magistrate Judge form; Notice of Right to Consent to Trial before a United States Magistrate Judge; and Notice of Related Case by USPS Certified Mail to William P. Barr, U.S. Attorney Gen., U.S. Department of Justice, Office of the Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-00001, in accordance with Fed. R. Civ. P. 4(i)(1)(B). Delivery was completed on September 18, 2020, as evidenced by the USPS Certified Mail Receipt and Proof of Delivery appended hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __9/18/2020__

*Server's signature* (signed: Lauren Skala)

Lauren Skala, Investigative Analyst
*Printed name and title*

Lewis Baach Kaufmann Middlemiss PLLC
The Chrysler Building
405 Lexington Avenue, 64th Floor
New York, New York 10174
*Server's address*

Additional information regarding attempted service, etc:



September 18, 2020

Dear LAUREN SKALA:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2280 0001 5332 7561**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | September 18, 2020, 4:44 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt |
|  | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature image]* |
| Address of Recipient: | *[address image]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

